**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Teva Neuroscience, Inc.　　v.　Mylan Pharmaceuticals Inc.

No. 14-1166

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se　　☑ As counsel for: Teva Neuroscience, Inc., Teva Phamaceuticals USA, Inc. and Teva Phamaceuticals Industries, LTD.
　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

☐ Petitioner　☐ Respondent　☐ Amicus curiae　☐ Cross Appellant
☐ Appellant　☑ Appellee　☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant　　☐ Respondent or appellee

My address and telephone are:

Name: Francis C. Lynch
Law firm: Goodwin Procter LLP
Address: 53 State Street
City, State and ZIP: Boston, MA 02109
Telephone: 617-570-1000
Fax #: 617-523-1231
E-mail address: flynch@goodwinprocter.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): June 10, 1996

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes　☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

January 2, 2014　　　　　　　　　　/s/ Francis C. Lynch
Date　　　　　　　　　　　　　　　Signature of pro se or counsel

cc: Shannon Bloodworth, Brandon White, David Jones

TEVA NEUROSCIENCE, INC. v. MYLAN
PHARMACEUTICALS INC.

No. 14-1166

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the *Entry of Appearance of Francis C. Lynch* were served on January 2, 2014, by electronic means, via the Court's CM/ECF system and email, and first class mail on the following attorneys:

| | |
|---|---|
| Shannon M. Bloodworth<br>Brandon M. White<br>Perkins Coie LLP<br>700 Thirteenth St. N.W.<br>Washington, DC 20005-3960<br>SBloodworth@perkinscoie.com<br>BMWhite@perkinscoie.com | David E. Jones<br>Perikins Coie LLP<br>One East Main Street, Suite 201<br>Madison, WI 53703<br>dejones@perkinscoie.com |

/s/ Francis C. Lynch

Francis C. Lynch
GOODWIN PROCTER LLP
53 State Street
Boston, MA 02109
Phone: (617) 570-8760
Fax: (617) 523-1231
flynch@goodwinprocter.com