# No. 2014-1166

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

---

**TEVA NEUROSCIENCE, INC., TEVA PHARMACEUTICALS USA, INC. AND TEVA PHARMACEUTICAL INDUSTRIES LTD.,**

*Plaintiffs-Appellees,*

v.

**MYLAN PHARMACEUTICALS INC., MYLAN INC., AND MYLAN LLC,**

*Defendants-Appellants.*

---

Appeal from the United States District Court for the District of New Jersey in case no.10 CV 5078, Judge Claire C. Cecchi

---

## UNOPPOSED MOTION TO DISMISS CASE NO. 14-1166

---

Shannon M. Bloodworth
PERKINS COIE LLP
700 13TH Street N.W., Suite 600
Washington, D.C. 20005
Telephone: (202) 654-6200
*Attorneys for the Mylan Defendants-Appellants*

September 8, 2014

Defendants-Appellants Mylan Pharmaceuticals Inc., Mylan Inc. and Mylan LLC hereby move the Court under Rule 42(b) of the Federal Rules of Appellate Procedure to dismiss with prejudice Case No. 2014-1166.

As indicated in the attached Stipulation to Dismiss (Exhibit 1), Plaintiffs-Appellees Teva Neuroscience, Inc., Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd. consent to this Motion. The parties have agreed to settle the underlying litigation and have entered into a confidential settlement agreement. The parties have agreed to move the District Court under Fed. R. Civ. P. 60(b) to modify the injunction in accordance with the terms and conditions of such settlement agreement. Each party is to bear its own costs and attorney fees for this appeal.

Date: September 8, 2014                    Respectfully submitted,

/S/Shannon M. Bloodworth

Shannon M. Bloodworth
PERKINS COIE LLP
700 13TH Street N.W., Suite 600
Washington, D.C. 20005
Telephone: (202) 654-6200
*Attorneys for the Mylan Defendants-Appellants*

# ORDER GRANTING MOTION TO DISMISS
# CASE NO. 2014-1166

WHEREAS, Defendants-Appellants Mylan Pharmaceuticals Inc., Mylan Inc. and Mylan LLC ("Mylan") have moved this Court to dismiss case no. 2014-1166 with prejudice; and

WHEREAS, Defendants-Appellants Mylan and Plaintiffs-Appellees Teva Neuroscience, Inc., Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd. have stipulated to said dismissal;

Upon consideration thereof, IT IS HEREBY ORDERED THAT:

(1) The Motion is GRANTED; and

(2) Each Party shall bear its own costs and attorney fees for this appeal.

Dated: **[_____]**, 2014

By: _____
    Deputy Clerk

2014-1166

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

TEVA NEUROSCIENCE, INC., TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES, LTD.,

*Plaintiffs*,

v.

MYLAN INC., MYLAN LLC, and MYLAN PHARMACEUTICALS INC.

*Defendants-Appellants*,

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY IN CASE NO. 2:10-CV-05078, JUDGE
CLAIRE C. CECCHI

**CERTIFICATE OF INTEREST OF DEFENDANTS-APPELLANTS
MYLAN INC., MYLAN LLC, AND MYLAN PHARMACEUTICALS INC.**

Shannon M. Bloodworth
**PERKINS COIE LLP**
700 13th Street, N.W., Suite 600
Washington, DC 20005
Phone:  (202) 654-6200
E-mail:  SBloodworth@perkinscoie.com

Dan L. Bagatell
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Phone:  (602) 351–8250
E-mail:  DBagatell@perkinscoie.com

January 2, 2014

*Attorneys for Defendants-Appellants, Mylan Inc., Mylan LLC, Mylan Pharmaceuticals Inc.*

Certificate of Interest

Counsel for the Defendants-Appellants, Mylan Inc., Mylan LLC and Mylan Pharmaceuticals Inc. certifies the following:

1. The full name of every party or *amicus* represented by me is: Mylan Inc., Mylan LLC and Mylan Pharmaceuticals Inc.

2. The parties named in the caption that I represent are the real parties in interest.

3. Defendant Mylan Inc. states that it is a publicly held corporation and that no parent corporation or publicly held corporation owns more than 10 percent of its stock.

4. Defendant Mylan Pharmaceuticals Inc. is a wholly owned subsidiary of Mylan Inc. There are no other parent corporations or publicly held companies that own more than a 10 percent interest in Mylan Pharmaceuticals Inc.

5. Defendant Mylan LLC is a wholly owned subsidiary of Mylan International Holding, Inc., which in turn is wholly owned by Mylan Pharmaceuticals Inc. Mylan Pharmaceuticals Inc. is wholly owned by Mylan Inc. Defendant Mylan LLC was dismissed from the district court action on November 3, 2010. *See* Docket Entry No. 20.

6. The names of the law firms and the partners or associates that appeared for the parties represented by me in the trial court or are expected to appear in this court are:

    **FROM PERKINS COIE LLP:** Shannon M. Bloodworth, Dan Bagatell, Brandon M. White, David E. Jones, Autumn N. Nero, Emily J. Greb, and Dennis C. Hopkins.

    **FROM SAIBER LLC:** Arnold B. Calmann and Katherine Escanlar.

    **FROM MCDERMOTT WILL & EMERY:** Louis J. Del Juidice, Shilpa V. Patel, Michael D. Hall, Paul Zagar, Joseph R. Robinson, and Robert Schaffer.

**FROM TROUTMAN SANDERS:** Joseph R. Robinson, Mark I. Schlesinger, and Robert Schaffer.

| January 2, 2014 | /s/ Shannon M. Bloodworth |
|---|---|
| Date | Signature of Counsel |
| | Shannon M. Bloodworth |
| | Printed Name of Counsel |

**No. 2014-1166**

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

# EXHIBIT 1

# No. 2014-1166

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

**TEVA NEUROSCIENCE, INC., TEVA PHARMACEUTICALS USA, INC. AND TEVA PHARMACEUTICAL INDUSTRIES LTD.,**

*Plaintiffs-Appellees,*

**v.**

**MYLAN PHARMACEUTICALS INC., MYLAN INC., AND MYLAN LLC,**

*Defendants-Appellants.*

Appeal from the United States District Court for the District of New Jersey in case no.10 CV 5078, Judge Claire C. Cecchi

## STIPULATION TO DISMISS CASE NO. 14-1166

The parties to this action stipulate that the appeal taken in this case by means of the notice of appeal filed by Mylan Pharmaceuticals Inc., Mylan Inc., and Mylan LLC is withdrawn.

The parties agree and represent that:

1. Case No. 14-1166 was docketed in this Court on December 19, 2013.

2. Oral argument is scheduled for September 9, 2014.

3. Counsel, whose signatures appear on this stipulation, have the express authority of their clients to enter into this stipulation to dismiss the appeal in this action on the terms stated herein with prejudice.

3. The parties agree that each party shall bear its own costs and attorney fees for this appeal.

Dated: September 8, 2014

/S/ Francis C. Lynch
Francis C. Lynch
Henry C. Dinger
Laurie S. Gill
GOODWIN PROCTER LLP
53 State Street
Boston, MA 02109
Tel: (617) 570-1000

*Attorneys for Plaintiffs-Appellees Teva Neuroscience, Inc., Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.*

/S/ Shannon M. Bloodworth
Shannon M. Bloodworth
Brandon M. White
PERKINS COIE LLP
700 13th Street N.W., Suite 600
Washington, D.C. 20005
Tel: (202) 654-6200

*Attorneys for Defendants-Appellants Mylan Pharmaceuticals Inc., Mylan Inc., and Mylan LLC*